IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEOPHYSICAL SERVICES, INCORPORATED, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 14-1368 |
| TGS-NOPEC GEOPHYSICAL SERVICES, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Geophysical's motion for reconsideration is granted. (Docket Entry No. 32). The court's March 30, 2015 Memorandum and Opinion is vacated, (Docket Entry No. 28), and the amended Memorandum and Opinion of even date is substituted. For the reasons stated in that Memorandum and Opinion, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on November 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge