IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEOPHYSICAL SERVICES, INCORPORATED, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 14-1368 |
| TGS-NOPEC GEOPHYSICAL SERVICES, | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion entered today, this action is dismissed with prejudice. This is a final judgment

SIGNED on June 19, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge